1

2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2016

SEAN F. McAVOY, CLERK

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

4

5

6

7

8

9

10

| | |
|---|---|
| JENNIFER HIXON, | No.    14-CV-3097-SMJ |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| DEFENDANT. | |

11      Before the Court is Magistrate Judge Bianchini's December 1, 2015 Report

12   and Recommendation, ECF No. 23, recommending that Plaintiff's Motion for

13   Summary Judgment, ECF No. 12, be granted; The Commissioner's Motion for

14   Summary Judgment, ECF No. 17, be denied; and that this case be remanded for

15   calculation of benefits.

16      After reviewing the Report and Recommendation, the objections, and

17   relevant authorities, the Court finds the Magistrate Judge's findings are correct.

18   Therefore, the Court adopts the Report and Recommendation in its entirety.

19      Accordingly, **IT IS HEREBY ORDERED**:

20

ORDER - 1

1.    The Report and Recommendation, **ECF No. 23**, is **ADOPTED** in its entirety.

2.    This file shall be **CLOSED and JUDGMENT** shall be **ENTERED** for the Plaintiff.

**IT IS SO ORDERED.**   The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Bianchini.

**DATED** this 5th day of January 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge